

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-21-00039-CR
No. 02-21-00040-CR

———————————————————

ASHLEE NICOHL JONES, Appellant

V.

THE STATE OF TEXAS

On Appeal from County Criminal Court No. 10
Tarrant County, Texas
Trial Court Nos. 1584150, 1584154

Before Sudderth, C.J.; Kerr and Walker, JJ.
Memorandum Opinion by Justice Walker

# MEMORANDUM OPINION

Appellant Ashlee Nicohl Jones attempts to appeal from the trial court's orders dismissing cause numbers 1584150 and 1584154 on the State's motion. *See* Tex. Code Crim. Proc. Ann. art. 32.02. Generally, we have the jurisdiction to consider an appeal by a criminal defendant only if there has been a judgment of conviction. *See Bridle v. State*, 16 S.W.3d 906, 907 (Tex. App.—Fort Worth 2000, no pet.) (per curiam) (citing *Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961)); *cf. Ex parte Minus*, 37 S.W.2d 1040, 1040 (Tex. Crim. App. 1931) ("[T]he dismissal of the prosecution with the consent of the presiding judge is conclusive. . . . [T]he effect of such dismissal ousts the jurisdiction of this court to pass upon the questions of law presented in this appeal."). We notified Jones of this possible jurisdictional defect, asking that she file a response showing grounds for continuing the appeal, and warned that we could dismiss the appeal. *See* Tex. R. App. P. 44.3. Jones has not responded. Because we do not have jurisdiction over Jones's attempted appeals, we dismiss them. *See* Tex. R. App. P. 43.2(f); *Minus*, 37 S.W.2d at 1040.

/s/ Brian Walker

Brian Walker
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: May 20, 2021